# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7010**  **September Term, 2021**

**1:19-cv-00183-EGS**

**Filed On:** February 3, 2022

Norman Williams, et al.,

      Appellants

    v.

Romarm, SA, Manufacturer, Importer and
Distributor of Semiautomatic Assault Weapon
WASR10, Ser. No. CA4367-70,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:** Wilkins, Rao, and Jackson, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the appeal be dismissed for lack of jurisdiction. This court's order filed June 15, 2021 directed the parties to address (1) whether this court has jurisdiction over the appeal when the notice of appeal designated only a non-existent order and judgment entered on January 15, 2021, (2) whether this court has jurisdiction over an appeal of the district court's April 1, 2020 order, and (3) whether this court has jurisdiction over an appeal of the district court's rulings imposing sanctions on appellants' attorney. Appellants have failed to address any of these issues in their brief, see United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) (arguments not raised on appeal are forfeited), and thus have not established that this court may exercise jurisdiction over the district court's April 1, 2020 and January 14, 2021 orders.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-7010**                    **September Term, 2021**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk